# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>ARDAGH GLASS, INC., et al.,<br><br>    Defendants. | Case No. 1:22-cv-00754-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO OCTOBER 18, 2022<br><br>(ECF Nos. 2, 10) |

   This action was removed to this Court on June 20, 2022, and case is set for a scheduling conference on August 30, 2022. (ECF Nos. 1, 2.) On August 22, 2022, the parties filed both the joint scheduling report and a stipulation to continue the scheduling conference. (ECF Nos. 9, 10.) The stipulation proffers that the parties desire to continue the scheduling conference because lead counsel for Defendants is on sabbatical until October of 2022. (ECF No. 10.) The Court finds good cause to grant the stipulated motion to continue the scheduling conference.

///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for August 30, 2022, is CONTINUED to **October 18, 2022**, at **11:00 a.m.**, in **Courtroom 9**; and

2. Absent further order of the Court or a recognized need by the parties to provide updated information, the parties shall not be required to file a new joint scheduling report prior to the conference.

IT IS SO ORDERED.

Dated: __**August 22, 2022**__

UNITED STATES MAGISTRATE JUDGE