# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA SCOTT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARDAGH GLASS INC., et al.,<br><br>　　　　　　Defendants. | Case No. 1:22-cv-00754-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 16, 17) |

A scheduling order for this matter issued on November 22, 2022, and has not been modified. (ECF No. 16.) On June 12, 2023, the parties filed a stipulated motion to continue the discovery deadlines, and other dates in this matter, including the trial date. (ECF No. 17.) The parties proffer that the parties have agreed to the exchange of ESI in this action before holding depositions; that due to the volume of ESI requested and accessed, Defendant needs additional time to review and produce ESI in advance of depositions; that Defendant will produce all or substantially all ESI before June 30, 2023; that Defendant will complete the deposition of Plaintiff before September 22, 2023; that Plaintiff will complete depositions of other witnesses by October 27, 2023; and that the senior associate serving as one of the attorneys for Defendant, who handles communications and supervision of the matter, anticipates being out on paternity leave in late 2023 and early 2024. Based on the proffered reasons, as well as the fact the scheduling order

has not been modified, the Court finds good cause to grant the parties request for an approximately six month extension of all dates and deadlines.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 17) is GRANTED.  The scheduling order (ECF No. 16) is thus modified as follows:

1. Expert Disclosure Deadline: **January 8, 2024**;
2. Supplemental Expert Disclosure Deadline: **February 6, 2024**;
3. Dispositive Motion Deadline: **February 9, 2024**;
4. Nonexpert Disclosure Deadline: **March 7, 2024**;
5. Expert Discovery Deadline: **March 22, 2024**;
6. Pretrial Conference: **May 24, 2024,** at **9:30 a.m.,** in **Courtroom 9**, before Magistrate Judge Stanley A. Boone; and
7. Trial: **September 24, 2024**, at **8:30 a.m.**, in **Courtroom 9**, before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **June 12, 2023**

UNITED STATES MAGISTRATE JUDGE