# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA SCOTT,<br><br>               Plaintiff,<br><br>     v.<br><br>ARDAGH GLASS INC., et al.,<br><br>               Defendants. | Case No. 1:22-cv-00754-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 16, 18, 21) |

A scheduling order for this matter issued on November 22, 2022, that was modified one time on June 13, 2023. (ECF Nos. 16, 18.) The scheduling order as modified contains the following dates and deadlines:

1. Expert Disclosure Deadline: **January 8, 2024**;

2. Supplemental Expert Disclosure Deadline: **February 6, 2024**;

3. Dispositive Motion Deadline: **February 9, 2024**;

4. Nonexpert Disclosure Deadline: **March 7, 2024**;

5. Expert Discovery Deadline: **March 22, 2024**;

6. Pretrial Conference: **May 24, 2024,** at **9:30 a.m.,** in **Courtroom 9**, before Magistrate Judge Stanley A. Boone; and

7. Trial: **September 24, 2024**, at **8:30 a.m.**, in **Courtroom 9**, before Magistrate

1

1    Judge Stanley A. Boone.

2    (ECF No. 18.)

3    On December 4, 2023, the parties filed a stipulated motion to continue the discovery

4    deadlines, and other dates in this matter, including the trial date.  (ECF No. 121.)  The parties

5    proffer that have agreed to a mediator and are meeting and conferring on a definite mediation

6    date, with mediation tentatively agreed to occur in either February or March 2024; that they have

7    agreed to conduct half-day depositions of Plaintiff and two defense witness depositions in

8    advance of mediation; have agreed to conduct Plaintiff's half-day deposition on December 6,

9    2023; have agreed to conduct the half-day depositions of two of Defendant's defense witnesses

10   on December 12, 2023, including the deposition of individual Defendant Brian Benoit; and the

11   Parties wish to continue the trial date, related pre-trial deadlines, and discovery cut-off in light of

12   the pending mediation.

13   Based on the proffered reasons, as well as the fact the scheduling order has only been

14   modified one time, the Court finds good cause to grant the parties' requested modification.

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

2

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 21) is GRANTED.  The scheduling order is thus further modified as follows:

1.      Expert Disclosure Deadline: **March 22, 2024**;

2.      Supplemental Expert Disclosure Deadline: **April 22, 2024**;

3.      Dispositive Motion Deadline: **April 24, 2024**;

4.      Nonexpert Disclosure Deadline: **May 21, 2024**;

5.      Expert Discovery Deadline: **June 5, 2024**;

6.      Pretrial Conference: **August 9, 2024,** at **9:30 a.m.,** in **Courtroom 9**, before Magistrate Judge Stanley A. Boone; and

7.      Trial: **March 11, 2025**, at **8:30 a.m.**, in **Courtroom 9**, before Magistrate Judge Stanley A. Boone.[1]

IT IS SO ORDERED.

Dated:    **December 6, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]  The Court is unavailable on the requested date of December 9, 2024, and the immediately following weeks fall through the holiday period.  The Court reached out to the parties and the Court was informed at least one party is unavailable until March of 2025.  The Court shall set the trial for March 11, 2025, however, at the pretrial conference, the parties may discuss with the Court alternative earlier dates depending on developing availability of the Court and the parties.