# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA SCOTT,<br><br>   Plaintiff,<br><br>   v.<br><br>ARDAGH GLASS INC., et al.,<br><br>   Defendants. | Case No. 1:22-cv-00754-SAB<br><br>ORDER DENYING STIPULATION FOR DISMISSAL AS PROCEDURALLY IMPROPER<br><br>(ECF No. 23)<br><br>**SEVEN DAY DEADLINE** |

Defendants removed this action from Madera Superior Court on June 20, 2022. (ECF No. 1.) On June 20, 2022, Defendant Ardaugh Glass Inc. filed an answer to the complaint in state Court. (Id. at 41-48.) Following removal, Defendant Brian Benoit filed an answer on July 25, 2022. (ECF No. 8.) On July 24, 2024, Plaintiff filed a stipulation for dismissal requesting the Court dismiss the action with prejudice pursuant to "FRCP 41(A)(2)." (ECF No. 23 at 1.) Counsel for Plaintiff also signs the document on behalf of Defendants pursuant to "Local Rule 5-1(i)(3)," which appears to refer to a Local Rules for the United States District Court, Northern District of California. (Id.)

A party may dismiss an action by filing a motion requesting the Court to dismiss the action. Fed. R. Civ. P. 41(a)(2). A motion for voluntary dismissal under Rule 41(a)(2) is addressed to the sound discretion of the district court. Hamilton v. Firestone Tire & Rubber Co.

1  Inc., 679 F.2d 143, 145 (9th Cir. 1982).

2  Alternatively, Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

Plaintiff's notice of voluntary dismissal is defective because it is neither a signed stipulation by all parties who have appeared in this action pursuant to this Court's Local Rules (see L.R. 131(e)), nor is it a motion under the cited Rule 41(a)(2). If Plaintiff wishes to dismiss this action, she is required to comply with the procedures set forth in Rule 41 by filing a stipulation that complies with Rule 41(a)(1)(A)(ii) and Local Rule 131 or a motion under Rule 41(a)(2).

Accordingly, Plaintiff's notice of voluntary dismissal is HEREBY DENIED without prejudice as procedurally improper. Plaintiff shall file a request for dismissal that complies with Rule 41 within seven (7) days from the date of entry of this order.

IT IS SO ORDERED.

Dated: **July 24, 2024**

UNITED STATES MAGISTRATE JUDGE