1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| KARLA SCOTT, | Case No. 1:22-cv-00754-SAB |
| Plaintiff, | ORDER CONSTRUING STIPULATION AS ONE FOR DISMISSAL UNDER RULE 41(a)(1)(A)(ii) AND DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL |
| v. | |
| ARDAGH GLASS INC., et al., | |
| Defendants. | (ECF No. 25) |

Defendants removed this action from Madera Superior Court on June 20, 2022.  (ECF No. 1.)  On June 20, 2022, Defendant Ardaugh Glass Inc. filed an answer to the complaint in State Court.  (Id. at 41-48.)  Following removal, Defendant Brian Benoit filed an answer on July 25, 2022.  (ECF No. 8.)

On July 25, 2024, the parties filed a "joint stipulation…made in accordance with Federal Rule of Civil Procedure 41(a)(2)."  (ECF No. 25.)  As noted by the Court in its order dated July 24, 2024, Rule 41(a)(2) governs motions to dismiss the action by Court order. Fed. R. Civ. P. 41(a)(2) ("A party may dismiss an action by filing a motion requesting the Court to dismiss the action.").  A *motion*—as opposed to a stipulation by the parties—for dismissal under Rule 41(a)(2) is addressed to the sound discretion of the district court.  Hamilton v. Firestone Tire & Rubber Co. Inc., 679 F.2d 143, 145 (9th Cir. 1982).  Alternatively, Rule 41(a)(1)(A)(ii) provides

1   that a "plaintiff may dismiss an action *without* a court order by filing a stipulation of dismissal

2   signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii) (emphasis added).

3        The Court construes the July 25, 2024 stipulation of dismissal signed by all parties as a

4   voluntary dismissal under Rule 41(a)(1)(A)(ii) rather than a procedurally deficient motion for

5   dismissal under Rule 41(a)(2).  Thus, in light of the stipulation of the parties, this action has been

6   terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th

7   Cir. 1997), and has been dismissed with prejudice with each party to bear their own costs and

8   attorneys' fees.

9        Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this

10  case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

11

12  IT IS SO ORDERED.

13  Dated:  __July 25, 2024__

                                         UNITED STATES MAGISTRATE JUDGE